**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**HELLSTAR STUDIOS INC.,**

**Plaintiff,**

**-against-**

**THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,**

**Defendants.**

---------------------------------------------------------- x

**1:26-cv-5997-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court previously scheduled a telephone hearing regarding the request for a preliminary injunction in this action on July 29, 2026 at 12 pm. The Court hereby **ADJOURNS** the hearing to **August 12, 2026 at 12 pm.** The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) on the date and time specified above.

**SO ORDERED.**

**Dated: July 20, 2026**

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**