AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

HELLSTAR STUDIOS INC.

*Plaintiff(s)*

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

*Defendant(s)*

Civil Action No. 1:26-cv-05997-ALC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Martin Yi
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/7/2026

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-05997-ALC

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint

was received by me on *(date)* August 7, 2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☒ Other *(specify)*: On August 7, 2026, I sent an email containing the Summons, Complaint, Order to Show Cause for Preliminary Injunction and Temporary Restraining Order ("OSC"), and the Court's July 20 order, extending the temporary restraining order and other deadlines, and a link to a website containing aforementioned pleadings to the email addresses for Defendants identified in Schedule A to the Complaint provided to Plaintiffs by third parties, pursuant to the service method permitted in the OSC.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 7, 2026

*/s/ Martin Yi*
*Server's signature*

Martin Yi, Plaintiff's attorney
*Printed name and title*

Hudson Yards, 20th Floor, New York, NY 10001
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELLSTAR STUDIOS INC.,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

Case No. 1:26-cv-05997-ALC

**SCHEDULE A TO COMPLAINT**

| DOE No. | Seller Name | Seller URL |
|---|---|---|
| 1 | Abrahamen | https://us.shein.com/store/home?store_code=4819028092 |
| 2 | Alliteration Station | https://us.shein.com/store/home?store_code=7479752519 |
| 3 | APHOUS-STREET | https://us.shein.com/store/home?store_code=5717294014 |
| 4 | APHOUS-Trend | https://us.shein.com/store/home?store_code=5717294014 |
| 5 | Augustre | https://us.shein.com/store/home?store_code=4828955821 |
| 6 | BAGOCVUAIG | https://us.shein.com/store/home?store_code=1582380918 |
| 7 | Beautiful tools for oneself | https://us.shein.com/store/home?store_code=8128356116 |
| 8 | Beluga | https://us.shein.com/store/home?store_code=6377387997 |
| 9 | bestseller2 | https://us.shein.com/store/home?store_code=9125477460 |
| 10 | Bingmi shop | https://us.shein.com/store/home?store_code=9026975829 |
| 11 | bkplj | https://us.shein.com/store/home?store_code=1915810613 |

| | | |
|---|---|---|
| 12 | BLACKPULSE STUDIO | https://us.shein.com/store/home?store_code=1486303723 |
| 13 | bohuery | https://us.shein.com/store/home?store_code=6576701238 |
| 14 | Boncasan Shop | https://us.shein.com/store/home?store_code=7086426463 |
| 15 | BotanicBeat | https://us.shein.com/store/home?store_code=3494239152 |
| 16 | BOZRASHENG | https://us.shein.com/store/home?store_code=7433504981 |
| 17 | Canvas & You | https://us.shein.com/store/home?store_code=7400643924 |
| 18 | Case of Personality | https://us.shein.com/store/home?store_code=9409735531 |
| 19 | ccfxxiaodian | https://us.shein.com/store/home?store_code=5241653015 |
| 20 | Chen Dingdeng | https://us.shein.com/store/home?store_code=1612075921 |
| 21 | CHENXINFA | https://us.shein.com/store/home?store_code=5340468009 |
| 22 | chic wardrobe | https://us.shein.com/store/home?store_code=1765188873 |
| 23 | ComfyTee | https://us.shein.com/store/home?store_code=2358258507 |
| 24 | CRUCISH | https://us.shein.com/store/home?store_code=7116783466 |
| 25 | Crystal Shine Co. | https://us.shein.com/store/home?store_code=2555472114 |
| 26 | custom wardrobe | https://us.shein.com/store/home?store_code=2646360171 |
| 27 | Customized | https://us.shein.com/store/home?store_code=6515575559 |
| 28 | CYPHERLOOM TRADING | https://us.shein.com/store/home?store_code=3785537732 |
| 29 | DAS156 | https://us.shein.com/store/home?store_code=5134675169 |
| 30 | DEXWEAR SHOP | https://us.shein.com/store/home?store_code=1925500238 |
| 31 | Dreamink Boutique | https://us.shein.com/store/home?store_code=9610164162 |
| 32 | DZQDP | https://us.shein.com/store/home?store_code=6456529298 |
| 33 | fashionable women’s clothing is so cool | https://us.shein.com/store/home?store_code=7582588334 |
| 34 | FDGBTRHSDFHG | https://us.shein.com/store/home?store_code=3876251639 |

| | | |
|---|---|---|
| 35 | fdhbfjh | https://us.shein.com/store/home?store_code=9621449576 |
| 36 | ffg vbnjk | https://us.shein.com/store/home?store_code=3087127211 |
| 37 | Firefly1 | https://us.shein.com/store/home?store_code=9736138729 |
| 38 | fshhfjjfkj | https://us.shein.com/store/home?store_code=7890278087 |
| 39 | gfgfggbgb | https://us.shein.com/store/home?store_code=6869336715 |
| 40 | GGNA | https://us.shein.com/store/home?store_code=8500010267 |
| 41 | GM Famous Products | https://us.shein.com/store/home?store_code=6845497670 |
| 42 | guangzhouhongjianshangmaoyouxiangongsi | https://us.shein.com/store/home?store_code=7779261347 |
| 43 | hejinhe | https://us.shein.com/store/home?store_code=1833049049 |
| 44 | HERBCHUANG | https://us.shein.com/store/home?store_code=8975913101 |
| 45 | HM clothing | https://us.shein.com/store/home?store_code=1770221662 |
| 46 | huangchangyingdedian | https://us.shein.com/store/home?store_code=6048954504 |
| 47 | HUANGRENBOBO | https://us.shein.com/store/home?store_code=6614640467 |
| 48 | hubeishengjinkundianpu | https://us.shein.com/store/home?store_code=2983411188 |
| 49 | IconPrint Mens Basics | https://us.shein.com/store/home?store_code=5035076223 |
| 50 | JoyTops | https://us.shein.com/store/home?store_code=9837166988 |
| 51 | KDYHGVQAV | https://us.shein.com/store/home?store_code=4126687591 |
| 52 | kgfhf | https://us.shein.com/store/home?store_code=5665383134 |
| 53 | KIEPQADCX | https://us.shein.com/store/home?store_code=7005212514 |
| 54 | KKJB | https://us.shein.com/store/home?store_code=3158285227 |
| 55 | Koopan | https://us.shein.com/store/home?store_code=2116237343 |
| 56 | KREAK90 | https://us.shein.com/store/home?store_code=2205394152 |
| 57 | LDKSJFUHJ | https://us.shein.com/store/home?store_code=6766348183 |

| | | |
|---|---|---|
| 58 | LLFDP | https://us.shein.com/store/home?store_code=3160686163 |
| 59 | LOVE YOUR TEE | https://us.shein.com/store/home?store_code=6645788828 |
| 60 | MENGXIANGBIN | https://us.shein.com/store/home?store_code=5651832087 |
| 61 | Mini Chic s | https://us.shein.com/store/home?store_code=4208990998 |
| 62 | Minor Sign | https://us.shein.com/store/home?store_code=7803365873 |
| 63 | MZ ZONE | https://us.shein.com/store/home?store_code=4215407955 |
| 64 | NEUROPLANAR | https://us.shein.com/store/home?store_code=1730933862 |
| 65 | Nex TRADINGG | https://us.shein.com/store/home?store_code=4999657458 |
| 66 | Northvale Market | https://us.shein.com/store/home?store_code=4685646445 |
| 67 | Oak Harbor | https://us.shein.com/store/home?store_code=2887375269 |
| 68 | OCEANIC ECOMMERCE CENTER | https://us.shein.com/store/home?store_code=1327153938 |
| 69 | OIADxx | https://us.shein.com/store/home?store_code=6500869840 |
| 70 | OM Studio | https://us.shein.com/store/home?store_code=8852445138 |
| 71 | Outfit Styling Ideas | https://us.shein.com/store/home?store_code=4699348759 |
| 72 | Pe Theater | https://us.shein.com/store/home?store_code=7335223803 |
| 73 | Professional T shirts | https://us.shein.com/store/home?store_code=7860091207 |
| 74 | PulseTRANDING | https://us.shein.com/store/home?store_code=4420285144 |
| 75 | Punk Brothers | https://us.shein.com/store/home?store_code=9498682875 |
| 76 | qifjfhfnh | https://us.shein.com/store/home?store_code=3312541213 |
| 77 | Qingyong shop | https://us.shein.com/store/home?store_code=9350951979 |
| 78 | Radiant Style | https://us.shein.com/store/home?store_code=6547309678 |
| 79 | rhagcharacterose | https://us.shein.com/store/home?store_code=4382501692 |
| 80 | Rivington 96 | https://us.shein.com/store/home?store_code=5822583502 |

| | | |
|---|---|---|
| 81 | Route 1 Wash Tees | https://us.shein.com/store/home?store_code=3541730764 |
| 82 | rtyurturturt | https://us.shein.com/store/home?store_code=1863361123 |
| 83 | Sarcastic Fringehead | https://us.shein.com/store/home?store_code=4470670111 |
| 84 | sdfv vgbh | https://us.shein.com/store/home?store_code=7781927065 |
| 85 | Sea Butterfly | https://us.shein.com/store/home?store_code=1485948656 |
| 86 | Shabana Mumtaz | https://us.shein.com/store/home?store_code=5464945058 |
| 87 | Shirts | https://us.shein.com/store/home?store_code=5906527923 |
| 88 | SMARTWEN LIVING | https://us.shein.com/store/home?store_code=5244481720 |
| 89 | SNOWCASHMERE | https://us.shein.com/store/home?store_code=3849450303 |
| 90 | StrataLux | https://us.shein.com/store/home?store_code=8481530882 |
| 91 | Strong man's wardrobe | https://us.shein.com/store/home?store_code=6596346693 |
| 92 | Sunday Press | https://us.shein.com/store/home?store_code=8365349946 |
| 93 | Synonym Roll | https://us.shein.com/store/home?store_code=3010126118 |
| 94 | TDGHFXFDS | https://us.shein.com/store/home?store_code=3312839305 |
| 95 | Teeka | https://us.shein.com/store/home?store_code=6192101035 |
| 96 | The world of flowers | https://us.shein.com/store/home?store_code=8836039284 |
| 97 | THREADUP | https://us.shein.com/store/home?store_code=7510671646 |
| 98 | ThunderBird0.321 | https://us.shein.com/store/home?store_code=5872682190 |
| 99 | Timeless Ease Wear | https://us.shein.com/store/home?store_code=2914978993 |
| 100 | Tonzeyle | https://us.shein.com/store/home?store_code=3598276750 |
| 101 | Tough Glow Lab | https://us.shein.com/store/home?store_code=7216098818 |
| 102 | TRNDHUB | https://us.shein.com/store/home?store_code=1424671883 |
| 103 | UhMWNJ3HHknxXsN | https://us.shein.com/store/home?store_code=7696093629 |

| | | |
|---|---|---|
| 104 | uohu | https://us.shein.com/store/home?store_code=7476901677 |
| 105 | Urban Edge Tees | https://us.shein.com/store/home?store_code=4130170778 |
| 106 | UTRHKKLUY | https://us.shein.com/store/home?store_code=5678620180 |
| 107 | VibrantTees | https://us.shein.com/store/home?store_code=5605120822 |
| 108 | Vividchic Shop | https://us.shein.com/store/home?store_code=9155051487 |
| 109 | Whimsical Caseshop | https://us.shein.com/store/home?store_code=1882304199 |
| 110 | WORLD TRADE SPOTLIGH | https://us.shein.com/store/home?store_code=3469196359 |
| 111 | XDCFVBGV | https://us.shein.com/store/home?store_code=3103844264 |
| 112 | xiaoaitongxue | https://us.shein.com/store/home?store_code=7801461751 |
| 113 | ximingshop | https://us.shein.com/store/home?store_code=2540290514 |
| 114 | XVTYUBVND | https://us.shein.com/store/home?store_code=5489942792 |
| 115 | XZXD CV VBB | https://us.shein.com/store/home?store_code=7250485074 |
| 116 | You are dazzling | https://us.shein.com/store/home?store_code=8944890044 |
| 117 | Yuega Tshrit | https://us.shein.com/store/home?store_code=5009348115 |
| 118 | Z14514 | https://us.shein.com/store/home?store_code=3174693249 |
| 119 | ZHI XIANG STOY | https://us.shein.com/store/home?store_code=2799137885 |
| 120 | zhijiangzijianwangluokejidianpu | https://us.shein.com/store/home?store_code=1836615561 |
| 121 | zsddfzsddfv | https://us.shein.com/store/home?store_code=8075895534 |