**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HELLSTAR STUDIOS INC.,

Case No.: 1:26-cv-05997-ALC

Plaintiff,

**MOTION FOR ADMISSION**
***PRO HAC VICE***

- against –

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

PLEASE TAKE NOTICE that upon the accompanying Affidavit of Zheng "Andy" Liu, sworn on September 4, 2026, and the Certificate of Good Standing attached thereto, Zheng "Andy" Liu hereby moves this Court, pursuant to Local Civil Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order admitting him to practice pro hac vice as counsel for Defendant OCEANIC ECOMMERCE CENTER in the above-captioned action.

Dated: September 4, 2026

Respectfully submitted,

____________/s/____________
Zheng Liu