**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HELLSTAR STUDIOS INC.,

Plaintiff,

-against-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

Case No.: 1:26-cv-05997-ALC

**AFFIDAVIT OF ZHENG "ANDY" LIU IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE* ON BEHALF OF DEFENDANT** OCEANIC ECOMMERCE CENTER

I, Zheng "Andy" Liu, make this affidavit in support of the motion to be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant OCEANIC ECOMMERCE CENTER in the above-captioned action.

I, Zheng "Andy" Liu, being duly sown, do hereby depose and say as follows:

(1) I have never been convicted of a felony;

(2) I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

(3) There are no disciplinary proceedings presently against me.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to

punishment.

Dated this 4th day of September, 2026

Respectfully submitted,

Zheng ~~"Andy"~~ Liu

STATE OF CALIFORNIA

COUNTY OF San Mateo

A notary public or other officer completing this Certificate Verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On this 04 day of September, 2026, before me, the undersigned Notary Public, appeared Zheng Liu, who proved to me to be the person whose name is subscribed to this document and acknowledged executing it.

WITNESS my hand and official seal.

P Patel

Notary Public

PUSHPA PATEL
Notary Public - California
San Mateo County
Commission # 2510028
My Comm. Expires Feb 13, 2029

My commission expires: 02/13/2029