**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HELLSTAR STUDIOS INC.,

Plaintiff,

- against –

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

Case No.: 1:26-cv-05997-ALC

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Zheng "Andy" Liu for admission to practice pro hac vice in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the Bar of the State of California.

IT IS HEREBY ORDERED that Zheng "Andy" Liu is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED.

Dated: September 8, 2026

United States District Judge