UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x

HELLSTAR STUDIOS INC., 26-cv-05997 (ALC)

Plaintiff,

- against -

OCEANIC ECOMMERCE CENTER,

Defendant.

---------------------------------------------x

**NOTICE OF SETTLEMENT**

Defendant OCEANIC ECOMMERCE CENTER respectfully notifies the Court that the parties have reached a settlement and requests until September 30, 2026 for the parties to file a Voluntary Dismissal or stipulation of dismissal, whichever the case may be.

Dated: September 10, 2026

Respectfully submitted,

By: /s/ Zheng "Andy" Liu

Zheng "Andy" Liu
1660 S Amphlett Blvd. Suite 315
San Mateo, CA 94402
Attorneys for Defendant
*OCEANIC ECOMMERCE CENTER*

# CERTIFICATE OF SERVICE

I certify that a copy of Defendant OCEANIC ECOMMERCE CENTER's Offer of Judgment, was served on September 9, 2026, via email at the email addresses indicated below:

Martin Yi

myi@bsfllp.com

Alec Segalman

asegalman@bsfllp.com

Boies Schiller Flexner LLP

55 Hudson Yards

New York, NY 10001

/s/ Tzuyu Hung

Tzuyu Hung