**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HELLSTAR STUDIOS INC.,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

Case No. 1:26-cv-05997-ALC

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Hellstar Studios Inc. voluntarily dismisses the following Defendants listed on the Schedule A to the Complaint without prejudice:

| DOE No. | Seller Name | Seller URL |
|---|---|---|
| 20 | Chen Dingdeng | https://us.shein.com/store/home?store_code=1612075921 |
| 21 | CHENXINFA | https://us.shein.com/store/home?store_code=5340468009 |
| 24 | CRUCISH | https://us.shein.com/store/home?store_code=7116783466 |
| 26 | custom wardrobe | https://us.shein.com/store/home?store_code=2646360171 |
| 32 | DZQDP | https://us.shein.com/store/home?store_code=6456529298 |
| 34 | FDGBTRHSDFHG | https://us.shein.com/store/home?store_code=3876251639 |
| 35 | fdhbfjh | https://us.shein.com/store/home?store_code=9621449576 |
| 41 | GM Famous Products | https://us.shein.com/store/home?store_code=6845497670 |
| 45 | HM clothing | https://us.shein.com/store/home?store_code=1770221662 |
| 58 | LLFDP | https://us.shein.com/store/home?store_code=3160686163 |
| 61 | Mini Chic s | https://us.shein.com/store/home?store_code=4208990998 |
| 63 | MZ ZONE | https://us.shein.com/store/home?store_code=4215407955 |
| 70 | OM Studio | https://us.shein.com/store/home?store_code=8852445138 |
| 75 | Punk Brothers | https://us.shein.com/store/home?store_code=9498682875 |
| 78 | Radiant Style | https://us.shein.com/store/home?store_code=6547309678 |
| 80 | Rivington 96 | https://us.shein.com/store/home?store_code=5822583502 |

| DOE No. | Seller Name | Seller URL |
|---|---|---|
| 87 | Shirts | https://us.shein.com/store/home?store_code=5906527923 |
| 91 | Strong man's wardrobe | https://us.shein.com/store/home?store_code=6596346693 |
| 102 | TRNDHUB | https://us.shein.com/store/home?store_code=1424671883 |
| 104 | uohu | https://us.shein.com/store/home?store_code=7476901677 |
| 118 | Z14514 | https://us.shein.com/store/home?store_code=3174693249 |

Dated: September 11, 2026

Respectfully submitted,

*/s/ Martin Yi*

Martin Yi
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
(212) 446-2300
myi@bsfllp.com

*Counsel for Plaintiff HELLSTAR STUDIOS INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record of the filing of this document.

*/s/ Martin Yi*
Martin Yi