MEMO ENDORSED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------x

HELLSTAR STUDIOS INC., 26-cv-05997 (ALC)

Plaintiff,

- against -

OCEANIC ECOMMERCE CENTER,

Defendant.

-----------------------------------------------x

**NOTICE OF SETTLEMENT**

Defendant OCEANIC ECOMMERCE CENTER respectfully notifies the Court that the parties have reached a settlement and requests until September 30, 2026 for the parties to file a Voluntary Dismissal or stipulation of dismissal, whichever the case may be.

Dated: September 10, 2026

Respectfully submitted,

By: /s/ Zheng "Andy" Liu
Zheng "Andy" Liu
1660 S Amphlett Blvd. Suite 315
San Mateo, CA 94402
Attorneys for Defendant
*OCEANIC ECOMMERCE CENTER*

Plaintiff and Defendant Oceanic Ecommerce Center are ordered to submit an updated status report concerning the settlement by September 30, 2026.

SO ORDERED: [signature]

September 15, 2026

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE