MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELLSTAR STUDIOS INC.,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

Case No. 1:26-cv-05997-ALC

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Hellstar Studios Inc. voluntarily dismisses the following Defendants listed on the Schedule A to the Complaint without prejudice:

| DOE No. | Seller Name | Seller URL |
|---|---|---|
| 20 | Chen Dingdeng | https://us.shein.com/store/home?store_code=1612075921 |
| 21 | CHENXINFA | https://us.shein.com/store/home?store_code=5340468009 |
| 24 | CRUCISH | https://us.shein.com/store/home?store_code=7116783466 |
| 26 | custom wardrobe | https://us.shein.com/store/home?store_code=2646360171 |
| 32 | DZQDP | https://us.shein.com/store/home?store_code=6456529298 |
| 34 | FDGBTRHSDFHG | https://us.shein.com/store/home?store_code=3876251639 |
| 35 | fdhbfjh | https://us.shein.com/store/home?store_code=9621449576 |
| 41 | GM Famous Products | https://us.shein.com/store/home?store_code=6845497670 |
| 45 | HM clothing | https://us.shein.com/store/home?store_code=1770221662 |
| 58 | LLFDP | https://us.shein.com/store/home?store_code=3160686163 |
| 61 | Mini Chic s | https://us.shein.com/store/home?store_code=4208990998 |
| 63 | MZ ZONE | https://us.shein.com/store/home?store_code=4215407955 |
| 70 | OM Studio | https://us.shein.com/store/home?store_code=8852445138 |
| 75 | Punk Brothers | https://us.shein.com/store/home?store_code=9498682875 |
| 78 | Radiant Style | https://us.shein.com/store/home?store_code=6547309678 |
| 80 | Rivington 96 | https://us.shein.com/store/home?store_code=5822583502 |

| **DOE No.** | **Seller Name** | **Seller URL** |
|---|---|---|
| 87 | Shirts | https://us.shein.com/store/home?store_code=5906527923 |
| 91 | Strong man's wardrobe | https://us.shein.com/store/home?store_code=6596346693 |
| 102 | TRNDHUB | https://us.shein.com/store/home?store_code=1424671883 |
| 104 | uohu | https://us.shein.com/store/home?store_code=7476901677 |
| 118 | Z14514 | https://us.shein.com/store/home?store_code=3174693249 |

Dated: September 11, 2026

Respectfully submitted,

*/s/ Martin Yi*

Martin Yi
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
(212) 446-2300
myi@bsfllp.com

*Counsel for Plaintiff HELLSTAR STUDIOS INC.*

SO ORDERED:

September 15, 2026

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE