**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HELLSTAR STUDIOS INC.,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

Case No. 1:26-cv-05997-ALC

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Hellstar Studios Inc. voluntarily dismisses the following Defendants listed on the Schedule A to the Complaint without prejudice:

| DOE No. | Seller Name | Seller URL |
|---|---|---|
| 2 | Alliteration Station | https://us.shein.com/store/home?store_code=7479752519 |
| 7 | Beautiful tools for oneself | https://us.shein.com/store/home?store_code=8128356116 |
| 16 | BOZRASHENG | https://us.shein.com/store/home?store_code=7433504981 |
| 17 | Canvas & You | https://us.shein.com/store/home?store_code=7400643924 |
| 22 | chic wardrobe | https://us.shein.com/store/home?store_code=1765188873 |
| 28 | CYPHERLOOM TRADING | https://us.shein.com/store/home?store_code=3785537732 |
| 29 | DAS156 | https://us.shein.com/store/home?store_code=5134675169 |
| 64 | NEUROPLANAR | https://us.shein.com/store/home?store_code=1730933862 |
| 68 | OCEANIC ECOMMERCE CENTER | https://us.shein.com/store/home?store_code=1327153938 |
| 72 | Pe Theater | https://us.shein.com/store/home?store_code=7335223803 |
| 73 | Professional T shirts | https://us.shein.com/store/home?store_code=7860091207 |
| 77 | Qingyong shop | https://us.shein.com/store/home?store_code=9350951979 |

| **DOE No.** | **Seller Name** | **Seller URL** |
|---|---|---|
| 85 | Sea Butterfly | https://us.shein.com/store/home?store_code=1485948656 |
| 86 | Shabana Mumtaz | https://us.shein.com/store/home?store_code=5464945058 |
| 88 | SMARTWEN LIVING | https://us.shein.com/store/home?store_code=5244481720 |
| 92 | Sunday Press | https://us.shein.com/store/home?store_code=8365349946 |
| 93 | Synonym Roll | https://us.shein.com/store/home?store_code=3010126118 |
| 94 | TDGHFXFDS | https://us.shein.com/store/home?store_code=3312839305 |
| 96 | The world of flowers | https://us.shein.com/store/home?store_code=8836039284 |
| 99 | Timeless Ease Wear | https://us.shein.com/store/home?store_code=2914978993 |
| 100 | Tonzeyle | https://us.shein.com/store/home?store_code=3598276750 |
| 105 | Urban Edge Tees | https://us.shein.com/store/home?store_code=4130170778 |
| 106 | UTRHKKLUY | https://us.shein.com/store/home?store_code=5678620180 |
| 110 | WORLD TRADE SPOTLIGH | https://us.shein.com/store/home?store_code=3469196359 |

Dated: September 25, 2026

Respectfully submitted,

*/s/ Martin Yi*

Martin Yi
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
(212) 446-2300
myi@bsfllp.com

*Counsel for Plaintiff HELLSTAR STUDIOS INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record of the filing of this document.

*/s/ Martin Yi*
Martin Yi