**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HELLSTAR STUDIOS INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No.: 1:26-cv-05997-ALC |

## STATUS REPORT

Plaintiff HELLSTAR STUDIOS INC. ("Plaintiff"), by and through its undersigned counsel, hereby submits the following status report to the Court, pursuant to the Court's September 15, 2026 order in this action regarding the status of settlement with Defendant OCEANIC ECOMMERCE CENTER ("Defendant"). Dkt. No. 42.

On September 10, 2026, Defendant filed a Notice of Settlement notifying the Court of its settlement with Plaintiff. Dkt. No. 40. The Court endorsed Defendant's Notice, ordering the parties to submit a status report by September 30, 2026. Dkt. No. 42. Plaintiff has since settled with Defendant and, on September 25, 2026, Plaintiff duly dismissed Defendant. Dkt. No. 44.

We would be happy to provide more information to the Court at its request, and we thank the Court for its time and attention to this matter.

Dated: September 29, 2026

Respectfully,

*/s/ Martin Yi*
Martin Yi
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
(212) 446-2300
myi@bsfllp.com

*Attorney for Plaintiff*
*HELLSTAR STUDIOS INC.*