BOIES SCHILLER FLEXNER

October 2, 2026

**Via ECF**

The Honorable Andrew L. Carter, Jr.
United States District Court, Southern District of New York
Courtroom 444
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1502

Re: *Hellstar Studios Inc. v. The Individuals, Corporations, et al.*,
Case No. 26-cv-05997

Dear Judge Carter:

We represent Plaintiff Hellstar Studios Inc. ("Plaintiff") in the above-referenced matter. We submit this letter to update the Court on the status of this case pursuant to the Court's August 12, 2026, Order in this action regarding the status of the case as discussed during the Preliminary Injunction hearing. Dkt. No. 32.

On August 7, 2026, Plaintiff served PDF copies of the Summons, Complaint, Order to Show Cause for Preliminary Injunction and Temporary Restraining Order ("OSC") and the Court's July 20 Order adjourning the Preliminary Injunction hearing via email on the Defendants' email addresses provided by Shein in accordance with the alternative service method permitted by the OSC. Dkt. No. 29. In its service email, Plaintiff also provided Defendants with a link to a website where each Defendant can download the relevant documents in accordance with the OSC. *Id.* The deadline for Defendants to respond or answer the Complaint was August 28, 2026, and no Defendants have answered. As discussed in the Status Report regarding Defendant OCEANIC ECOMMERCE CENTER, Dkt. 45, we settled with and dismissed the only Defendant that has appeared in this matter.

On August 12, 2026, the Court entered the Preliminary Injunction Order ("PI"), extending the relief granted in the OSC, which Plaintiff promptly served thereafter. Dkt. 31. As discussed in the PI Hearing, Plaintiff has worked diligently to resolve this matter, and Plaintiff has continued to do so after the PI was entered.

Currently, Plaintiff has settled with or otherwise dismissed 90 of the 121 Defendants. *See* Dkts. 35, 37, 43, 46. To ensure a prompt resolution to this matter while minimizing the use of the Court's resources, Plaintiff anticipates that it will move for a certificate of default no later than November 1, 2026, against the remaining 31 Defendants who have not responded to the Complaint and have not been dismissed from this action.

We would be happy to provide more information to the Court at its request, and we thank the Court for its time and attention to this matter.

Very truly yours,

BOIES SCHILLER FLEXNER LLP

*/s/ Martin Yi*
Martin Yi