**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HELLSTAR STUDIOS INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No.: 1:26-cv-05997-ALC |

**DECLARATION OF MARTIN YI**

I, Martin Yi, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am an attorney at law, admitted to practice before the United States District Court for the Southern District of New York. I am counsel for Plaintiff HELLSTAR STUDIOS INC. in this action.

3. On July 15, 2026, Plaintiff filed this action against, among others, the entities identified on the Amended Schedule A, attached hereto as **Exhibit 1** (collectively, the "Defaulting Defendants").

4. Notably, certain defendants are not subject to default and are not included within the Defaulting Defendants because they have been voluntarily dismissed. Those non-defaulting

defendants include the following (identified by the number and name referenced on Schedule A to the Complaint, a copy of which is attached as **Exhibit 2**):

| DOE | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 2 | Alliteration Station | Shein |
| 3 | APHOUS-STREET | Shein |
| 5 | Augustre | Shein |
| 7 | Beautiful tools for oneself | Shein |
| 8 | Beluga | Shein |
| 9 | bestseller2 | Shein |
| 10 | Bingmi shop | Shein |
| 12 | BLACKPULSE STUDIO | Shein |
| 15 | BotanicBeat | Shein |
| 16 | BOZRASHENG | Shein |
| 17 | Canvas & You | Shein |
| 19 | ccfxxiaodian | Shein |
| 20 | Chen Dingdeng | Shein |
| 21 | CHENXINFA | Shein |
| 22 | chic wardrobe | Shein |
| 23 | ComfyTee | Shein |
| 24 | CRUCISH | Shein |
| 25 | Crystal Shine Co. | Shein |
| 26 | custom wardrobe | Shein |
| 28 | CYPHERLOOM TRADING | Shein |

| DOE | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 29 | DAS156 | Shein |
| 30 | DEXWEAR SHOP | Shein |
| 31 | Dreamink Boutique | Shein |
| 32 | DZQDP | Shein |
| 34 | FDGBTRHSDFHG | Shein |
| 35 | fdhbfjh | Shein |
| 36 | ffg vbnjk | Shein |
| 41 | GM Famous Products | Shein |
| 42 | guangzhouhongjianshangmaoyouxiangongsi | Shein |
| 43 | hejinhe | Shein |
| 44 | HERBCHUANG | Shein |
| 45 | HM clothing | Shein |
| 47 | HUANGRENBOBO | Shein |
| 48 | hubeishengjinkundianpu | Shein |
| 49 | IconPrint Mens Basics | Shein |
| 50 | JoyTops | Shein |
| 51 | KDYHGVQAV | Shein |
| 53 | KIEPQADCX | Shein |
| 58 | LLFDP | Shein |
| 61 | Mini Chic s | Shein |
| 62 | Minor Sign | Shein |
| 63 | MZ ZONE | Shein |

| DOE | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 64 | NEUROPLANAR | Shein |
| 65 | Nex TRADINGG | Shein |
| 66 | Northvale Market | Shein |
| 68 | OCEANIC ECOMMERCE CENTER | Shein |
| 70 | OM Studio | Shein |
| 72 | Pe Theater | Shein |
| 73 | Professional T shirts | Shein |
| 75 | Punk Brothers | Shein |
| 76 | qifjfhfnh | Shein |
| 77 | Qingyong shop | Shein |
| 78 | Radiant Style | Shein |
| 79 | rhagcharacterose | Shein |
| 80 | Rivington 96 | Shein |
| 81 | Route 1 Wash Tees | Shein |
| 82 | rtyurturturt | Shein |
| 83 | Sarcastic Fringehead | Shein |
| 84 | sdfv vgbh | Shein |
| 85 | Sea Butterfly | Shein |
| 86 | Shabana Mumtaz | Shein |
| 87 | Shirts | Shein |
| 88 | SMARTWEN LIVING | Shein |
| 89 | SNOWCASHMERE | Shein |

| DOE | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 90 | StrataLux | Shein |
| 91 | Strong man's wardrobe | Shein |
| 92 | Sunday Press | Shein |
| 93 | Synonym Roll | Shein |
| 94 | TDGHFXFDS | Shein |
| 96 | The world of flowers | Shein |
| 97 | THREADUP | Shein |
| 98 | ThunderBird0.321 | Shein |
| 99 | Timeless Ease Wear | Shein |
| 100 | Tonzeyle | Shein |
| 102 | TRNDHUB | Shein |
| 103 | UhMWNJ3HHknxXsN | Shein |
| 104 | uohu | Shein |
| 105 | Urban Edge Tees | Shein |
| 106 | UTRHKKLUY | Shein |
| 107 | VibrantTees | Shein |
| 108 | Vividchic Shop | Shein |
| 110 | WORLD TRADE SPOTLIGH | Shein |
| 111 | XDCFVBGV | Shein |
| 115 | XZXD CV VBB | Shein |
| 116 | You are dazzling | Shein |
| 117 | Yuega Tshrit | Shein |

| DOE | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 118 | Z14514 | Shein |
| 119 | ZHI XIANG STOY | Shein |
| 120 | zhijiangzijianwangluokejidianpu | Shein |
| 121 | zsddfzsddfv | Shein |

5. On July 16, 2026, the Court granted and entered a Temporary Restraining Order ("TRO") and later extended the TRO on July 20, 2026. Dkt. Nos. 20, 23.

6. On August 12, 2026, the Court granted and entered the Preliminary Injunction Order and granted Plaintiff permission to serve Defendants, including the Defaulting Defendants, using the alternative methods of service under Fed. R. Civ. P. 4(f)(3). Dkt. No. 31. The Court authorized Plaintiff to serve Defendants, among other things, the Summons and Complaint by (i) electronically publishing a link to the Summons and Complaint on a website made available to the defendants and (ii) e-mailing a copy of the Summons and Complaint to any e-mail addresses that Plaintiff was able to obtain for the defendants, pursuant to Fed. R. Civ. P. 4(f)(3). *Id.* ¶ 6.

7. On August 7, 2026, the Clerk of this Court issued a Summons directing Defendants to serve upon Plaintiff's counsel an Answer to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Rule 12 Motion") within twenty-one (21) days after service of the Summons, and to also file its answer or Rule 12 Motion with the Court. Dkt. No. 28. A copy of the executed Summons is attached as **Exhibit 3**.

8. On August 7, 2026, pursuant to the methods of alternative service authorized by the Court, all Defaulting Defendants, as well as the other defendants, were duly served with, among other things, the Summons and Complaint in this matter, as reflected on the Proof of Service filed with the Court on August 7, 2026. *Id.*

9. As a result, Defaulting Defendants should have filed and served their respective Answers or Rule 12 Motions by August 28, 2026.

10. To date, however, Defaulting Defendants have neither served upon me or anyone else acting on Plaintiff's behalf, nor filed with the Court, an Answer, a Rule 12 Motion, or any other response to the Complaint.

11. Our investigation into the infringing activities of the Defaulting Defendants included attempting to identify the registrant of each Defaulting Defendants' contact information. Our investigation confirmed that the Defaulting Defendants are foreign individuals and entities, mainly domiciled in China. Per our investigation, we understand and believe that the Defaulting Defendants are not infants, in the military, or incompetent individuals.

12. Since the Defaulting Defendants have failed to Answer or otherwise appear in this action, and the time for Defaulting Defendants to Answer or otherwise appear in this action has expired, Defaulting Defendants are in default.

13. Plaintiff respectfully requests, therefore, that the Clerk certify the Defaulting Defendants' default using the proposed form of Certificate attached hereto as **Exhibit 4.**

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 16, 2026 in New York, New York.

*/s/ Martin Yi*_
Martin Yi