# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELLSTAR STUDIOS INC.,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

Case No. 1:26-cv-05997

**AMENDED SCHEDULE A TO COMPLAINT**

| DOE No. | Seller Name | Seller URL |
|---|---|---|
| 1 | Abrahamen | https://us.shein.com/store/home?store_code=4819028092 |
| [redacted] | | |
| 4 | APHOUS-Trend | https://us.shein.com/store/home?store_code=5717294014 |
| [redacted] | | |
| 6 | BAGOCVUAIG | https://us.shein.com/store/home?store_code=1582380918 |
| [redacted] | | |
| 11 | bkplj | https://us.shein.com/store/home?store_code=1915810613 |

| | | |
|---|---|---|
| [redacted] | | |
| 13 | bohuery | https://us.shein.com/store/home?store_code=6576701238 |
| 14 | Boncasan Shop | https://us.shein.com/store/home?store_code=7086426463 |
| [redacted] | | |
| 18 | Case of Personality | https://us.shein.com/store/home?store_code=9409735531 |
| [redacted] | | |
| 27 | Customized | https://us.shein.com/store/home?store_code=6515575559 |
| [redacted] | | |
| 33 | fashionable women's clothing is so cool | https://us.shein.com/store/home?store_code=7582588334 |
| [redacted] | | |

| | | |
|---|---|---|
| [redacted] | | |
| 37 | Firefly1 | https://us.shein.com/store/home?store_code=9736138729 |
| 38 | fshhfjjfkj | https://us.shein.com/store/home?store_code=7890278087 |
| 39 | gfgfggbgb | https://us.shein.com/store/home?store_code=6869336715 |
| 40 | GGNA | https://us.shein.com/store/home?store_code=8500010267 |
| [redacted] | | |
| 46 | huangchangyingdedian | https://us.shein.com/store/home?store_code=6048954504 |
| [redacted] | | |
| 52 | kgfhf | https://us.shein.com/store/home?store_code=5665383134 |
| [redacted] | | |
| 54 | KKJB | https://us.shein.com/store/home?store_code=3158285227 |
| 55 | Koopan | https://us.shein.com/store/home?store_code=2116237343 |
| 56 | KREAK90 | https://us.shein.com/store/home?store_code=2205394152 |
| 57 | LDKSJFUHJ | https://us.shein.com/store/home?store_code=6766348183 |

| | | |
|---|---|---|
| [redacted] | | |
| 59 | LOVE YOUR TEE | https://us.shein.com/store/home?store_code=6645788828 |
| 60 | MENGXIANGBIN | https://us.shein.com/store/home?store_code=5651832087 |
| [redacted] | | |
| 67 | Oak Harbor | https://us.shein.com/store/home?store_code=2887375269 |
| [redacted] | | |
| 69 | OIADxx | https://us.shein.com/store/home?store_code=6500869840 |
| [redacted] | | |
| 71 | Outfit Styling Ideas | https://us.shein.com/store/home?store_code=4699348759 |
| [redacted] | | |
| 74 | PulseTRANDING | https://us.shein.com/store/home?store_code=4420285144 |
| [redacted] | | |

[redacted]

| | | |
|---|---|---|
| 95 | Teeka | https://us.shein.com/store/home?store_code=6192101035 |

[redacted]

| | | |
|---|---|---|
| 101 | Tough Glow Lab | https://us.shein.com/store/home?store_code=7216098818 |

[redacted]

[redacted]

| | | |
|---|---|---|
| 109 | Whimsical Caseshop | https://us.shein.com/store/home?store_code=1882304199 |
| [redacted] | | |
| 112 | xiaoaitongxue | https://us.shein.com/store/home?store_code=7801461751 |
| 113 | ximingshop | https://us.shein.com/store/home?store_code=2540290514 |
| 114 | XVTYUBVND | https://us.shein.com/store/home?store_code=5489942792 |

[redacted]