# Exhibit 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

HELLSTAR STUDIOS INC.

**Plaintiff(s),**

**- against -**

THE INDIVIDUALS, CORPORATIONS, ET AL

**Defendant(s),**
-----------------------------------------------------------X

26 **Civ.** 05997 **(**ALC**)**

**CLERK'S CERTIFICATE OF DEFAULT**

**I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on** July 15, 2026 **with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s)** See Amended Schedule A attached hereto **by personally serving** defendants by alternative service pursuant to the July 16, 2026 order**,** ***and proof of service was therefore filed on*** August 7, 2026***, Doc. #(s)*** 29**.**

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

**______________, 20___**

**TAMMI M. HELLWIG**
**Clerk of Court**

**By: ___________________________**
**Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HELLSTAR STUDIOS INC.,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

Case No. 1:26-cv-05997

**AMENDED SCHEDULE A TO COMPLAINT**

| DOE No. | Seller Name | Seller URL |
|---|---|---|
| 1 | Abrahamen | https://us.shein.com/store/home?store_code=4819028092 |
| [redacted] | | |
| 4 | APHOUS-Trend | https://us.shein.com/store/home?store_code=5717294014 |
| [redacted] | | |
| 6 | BAGOCVUAIG | https://us.shein.com/store/home?store_code=1582380918 |
| [redacted] | | |
| 11 | bkplj | https://us.shein.com/store/home?store_code=1915810613 |

| | | |
|---|---|---|
| [redacted] | | |
| 13 | bohuery | https://us.shein.com/store/home?store_code=6576701238 |
| 14 | Boncasan Shop | https://us.shein.com/store/home?store_code=7086426463 |
| [redacted] | | |
| 18 | Case of Personality | https://us.shein.com/store/home?store_code=9409735531 |
| [redacted] | | |
| 27 | Customized | https://us.shein.com/store/home?store_code=6515575559 |
| [redacted] | | |
| 33 | fashionable women’s clothing is so cool | https://us.shein.com/store/home?store_code=7582588334 |
| [redacted] | | |

| | | |
|---|---|---|
| [redacted] | | |
| 37 | Firefly1 | https://us.shein.com/store/home?store_code=9736138729 |
| 38 | fshhfjjfkj | https://us.shein.com/store/home?store_code=7890278087 |
| 39 | gfgfggbgb | https://us.shein.com/store/home?store_code=6869336715 |
| 40 | GGNA | https://us.shein.com/store/home?store_code=8500010267 |
| [redacted] | | |
| 46 | huangchangyingdedian | https://us.shein.com/store/home?store_code=6048954504 |
| [redacted] | | |
| 52 | kgfhf | https://us.shein.com/store/home?store_code=5665383134 |
| [redacted] | | |
| 54 | KKJB | https://us.shein.com/store/home?store_code=3158285227 |
| 55 | Koopan | https://us.shein.com/store/home?store_code=2116237343 |
| 56 | KREAK90 | https://us.shein.com/store/home?store_code=2205394152 |
| 57 | LDKSJFUHJ | https://us.shein.com/store/home?store_code=6766348183 |

| | | |
|---|---|---|
| [redacted] | | |
| 59 | LOVE YOUR TEE | https://us.shein.com/store/home?store_code=6645788828 |
| 60 | MENGXIANGBIN | https://us.shein.com/store/home?store_code=5651832087 |
| [redacted] | | |
| 67 | Oak Harbor | https://us.shein.com/store/home?store_code=2887375269 |
| [redacted] | | |
| 69 | OIADxx | https://us.shein.com/store/home?store_code=6500869840 |
| [redacted] | | |
| 71 | Outfit Styling Ideas | https://us.shein.com/store/home?store_code=4699348759 |
| [redacted] | | |
| 74 | PulseTRANDING | https://us.shein.com/store/home?store_code=4420285144 |
| [redacted] | | |

| | | |
|---|---|---|
| [redacted] | | |
| 95 | Teeka | https://us.shein.com/store/home?store_code=6192101035 |
| [redacted] | | |
| 101 | Tough Glow Lab | https://us.shein.com/store/home?store_code=7216098818 |
| [redacted] | | |

| | | |
|---|---|---|
| [redacted] | | |
| 109 | Whimsical Caseshop | https://us.shein.com/store/home?store_code=1882304199 |
| [redacted] | | |
| 112 | xiaoaitongxue | https://us.shein.com/store/home?store_code=7801461751 |
| 113 | ximingshop | https://us.shein.com/store/home?store_code=2540290514 |
| 114 | XVTYUBVND | https://us.shein.com/store/home?store_code=5489942792 |
| [redacted] | | |