**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HELLSTAR STUDIOS INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No. 1:26-cv-05997-ALC |

I, Martin Yi, hereby declare:

I am over the age of eighteen years. My business address is Boies Schiller Flexner LLP, 55 Hudson Yards, New York NY 10001. On October 16, 2026, I caused to be served the below listed documents in the manner indicated:

| | |
|---|---|
| October 16, 2026 | I caused an email to be sent, attaching copies of the Proposed Clerk's Certificate of Default (Dkt. No. 52) and supporting documents (Dkt. No. 53) to the email addresses for Defendants identified in Amended Schedule A provided to Plaintiff by third parties, pursuant to the service method permitted in the Order to Show Cause entered on July 16, 2026 (Dkt. No. 20), including a link to a website where aforementioned documents can be downloaded. |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in New York, New York on October 16, 2026.

Respectfully,

*/s/ Martin Yi*

Martin Yi
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
(212) 446-2300
myi@bsfllp.com

*Counsel for Plaintiff*
*HELLSTAR STUDIOS INC.*