**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

HELLSTAR STUDIOS INC.

**Plaintiff(s),**

**- against -**

THE INDIVIDUALS, CORPORATIONS, ET AL

**Defendant(s),**
-----------------------------------------------------------X

26 **Civ.** 05997 (AL()

**CLERK'S CERTIFICATE OF DEFAULT**

**I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on** July 15, 2026 **with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s)** See Amended Schedule A attached hereto **by personally serving** defendants by alternative service pursuant to the July 16, 2026 order, ***and proof of service was therefore filed on*** August 7, 2026***, Doc. #(s)*** 29.

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

October 21, **20**26

**TAMMI M. HELLWIG**
**Clerk of Court**

**By:** ______________________
**Deputy Clerk**

SDNY Web 3/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELLSTAR STUDIOS INC.,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

Case No. 1:26-cv-05997

**AMENDED SCHEDULE A TO COMPLAINT**

| DOE No. | Seller Name | Seller URL |
|---|---|---|
| 1 | Abrahamen | https://us.shein.com/store/home?store_code=4819028092 |
| [redacted] | | |
| 4 | APHOUS-Trend | https://us.shein.com/store/home?store_code=5717294014 |
| [redacted] | | |
| 6 | BAGOCVUAIG | https://us.shein.com/store/home?store_code=1582380918 |
| [redacted] | | |
| 11 | bkplj | https://us.shein.com/store/home?store_code=1915810613 |

| | | |
|---|---|---|
| [redacted] | | |
| 13 | bohuery | https://us.shein.com/store/home?store_code=6576701238 |
| 14 | Boncasan Shop | https://us.shein.com/store/home?store_code=7086426463 |
| [redacted] | | |
| 18 | Case of Personality | https://us.shein.com/store/home?store_code=9409735531 |
| [redacted] | | |
| 27 | Customized | https://us.shein.com/store/home?store_code=6515575559 |
| [redacted] | | |
| 33 | fashionable women's clothing is so cool | https://us.shein.com/store/home?store_code=7582588334 |
| [redacted] | | |

| | | |
|---|---|---|
| [redacted] | | |
| 37 | Firefly1 | https://us.shein.com/store/home?store_code=9736138729 |
| 38 | fshhfjjfkj | https://us.shein.com/store/home?store_code=7890278087 |
| 39 | gfgfggbgb | https://us.shein.com/store/home?store_code=6869336715 |
| 40 | GGNA | https://us.shein.com/store/home?store_code=8500010267 |
| [redacted] | | |
| 46 | huangchangyingdedian | https://us.shein.com/store/home?store_code=6048954504 |
| [redacted] | | |
| 52 | kgfhf | https://us.shein.com/store/home?store_code=5665383134 |
| [redacted] | | |
| 54 | KKJB | https://us.shein.com/store/home?store_code=3158285227 |
| 55 | Koopan | https://us.shein.com/store/home?store_code=2116237343 |
| 56 | KREAK90 | https://us.shein.com/store/home?store_code=2205394152 |
| 57 | LDKSJFUHJ | https://us.shein.com/store/home?store_code=6766348183 |

| | | |
|---|---|---|
| [redacted] | | |
| 59 | LOVE YOUR TEE | https://us.shein.com/store/home?store_code=6645788828 |
| 60 | MENGXIANGBIN | https://us.shein.com/store/home?store_code=5651832087 |
| [redacted] | | |
| 67 | Oak Harbor | https://us.shein.com/store/home?store_code=2887375269 |
| [redacted] | | |
| 69 | OIADxx | https://us.shein.com/store/home?store_code=6500869840 |
| [redacted] | | |
| 71 | Outfit Styling Ideas | https://us.shein.com/store/home?store_code=4699348759 |
| [redacted] | | |
| 74 | PulseTRANDING | https://us.shein.com/store/home?store_code=4420285144 |
| [redacted] | | |

| | | |
|---|---|---|
| [redacted] | | |
| 95 | Teeka | https://us.shein.com/store/home?store_code=6192101035 |
| [redacted] | | |
| 101 | Tough Glow Lab | https://us.shein.com/store/home?store_code=7216098818 |
| [redacted] | | |

| | | |
|---|---|---|
| [redacted] | | |
| 109 | Whimsical Caseshop | https://us.shein.com/store/home?store_code=1882304199 |
| [redacted] | | |
| 112 | xiaoaitongxue | https://us.shein.com/store/home?store_code=7801461751 |
| 113 | ximingshop | https://us.shein.com/store/home?store_code=2540290514 |
| 114 | XVTYUBVND | https://us.shein.com/store/home?store_code=5489942792 |
| [redacted] | | |