**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HELLSTAR STUDIOS INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No.: 1:26-cv-05997-ALC |

**[PROPOSED] ORDER TO SHOW CAUSE WHY DEFAULT JUDGMENT AND PERMANENT INJUNCTION SHOULD NOT BE ENTERED AGAINST DEFAULTING DEFENDANTS**

Upon Plaintiff's Motion for Entry of Default and Default Judgment, the Declaration of Martin Yi in support of Plaintiff's Motion for Entry of Default and Default Judgment against the Defendants identified on the attached Amended Schedule A (the "Defaulting Defendants"), Exhibits supporting the Declaration including the Clerk's Certificate of Default entered on October 21, 2026 [Dkt. No. 55], Memorandum of Law in support of Plaintiff's Motion, and upon all other pleadings and papers filed in this action, it is hereby:

ORDERED that Defaulting Defendants show cause before the Honorable Andrew L. Carter Jr., in Courtroom 444 of the United States District Court for the Southern District of New York at 40 Foley Square, New York, New York on ______________________, 2026 at _________ (the "Default Hearing") and show cause why an Order should not be issued pursuant to Rule 55 of the Federal Rules of Civil Procedure entering a final judgment by default, as well as a permanent injunction against each Defaulting Defendant; as well as awarding such other

further relief as the Court deems equitable and just; and it is further

ORDERED that service of this ORDER TO SHOW CAUSE and its supporting papers (collectively, the "OSC Papers") shall be made on each Defaulting Defendant by ________________________________________________, 2026, and deemed effective as to all of the Defaulting Defendants if it is completed in the same manner as set forth in Paragraph 7 of this Court's July 16, 2026, Order to Show Cause [Dkt. No. 20]; and it is further

ORDERED that opposing papers, if any, shall be filed with the Court and served on Plaintiff's counsel on or before __________________________, 2026, by delivering copies thereof to the office of Boies Schiller Flexner LLP, 55 Hudson Yards, 20th Floor, New York, New York 10001, Attn: Martin Yi. Plaintiff shall file and serve reply papers on or before ________________ ____________, 2026; and it is further

ORDERED that if Defaulting Defendants, or any of them, fail to appear at the Default Hearing or otherwise fail to respond to this Order to Show Cause, a default judgment will be entered against each of the Defaulting Defendants.

SO ORDERED.

Signed this ________ day of _________________________, 2026

________________________________________
Hon. Andrew L. Carter Jr.
UNITED STATES DISTRICT JUDGE

**AMENDED SCHEDULE A**

| DOE No. | Seller Name | Seller URL |
|---|---|---|
| 1 | Abrahamen | https://us.shein.com/store/home?store_code=4819028092 |
| [redacted] | | |
| 4 | APHOUS-Trend | https://us.shein.com/store/home?store_code=5717294014 |
| [redacted] | | |
| 6 | BAGOCVUAIG | https://us.shein.com/store/home?store_code=1582380918 |
| [redacted] | | |
| 11 | bkplj | https://us.shein.com/store/home?store_code=1915810613 |
| [redacted] | | |
| 13 | bohuery | https://us.shein.com/store/home?store_code=6576701238 |
| 14 | Boncasan Shop | https://us.shein.com/store/home?store_code=7086426463 |
| [redacted] | | |
| 18 | Case of Personality | https://us.shein.com/store/home?store_code=9409735531 |
| [redacted] | | |

| | | |
|---|---|---|
| [redacted] | | |
| 27 | Customized | https://us.shein.com/store/home?store_code=6515575559 |
| [redacted] | | |
| 33 | fashionable women's clothing is so cool | https://us.shein.com/store/home?store_code=7582588334 |
| [redacted] | | |
| 37 | Firefly1 | https://us.shein.com/store/home?store_code=9736138729 |
| 38 | fshhfjjfkj | https://us.shein.com/store/home?store_code=7890278087 |
| 39 | gfgfggbgb | https://us.shein.com/store/home?store_code=6869336715 |
| 40 | GGNA | https://us.shein.com/store/home?store_code=8500010267 |
| [redacted] | | |

| | | |
|---|---|---|
| [redacted] | | |
| 46 | huangchangyingdedian | https://us.shein.com/store/home?store_code=6048954504 |
| [redacted] | | |
| 52 | kgfhf | https://us.shein.com/store/home?store_code=5665383134 |
| [redacted] | | |
| 54 | KKJB | https://us.shein.com/store/home?store_code=3158285227 |
| 55 | Koopan | https://us.shein.com/store/home?store_code=2116237343 |
| 56 | KREAK90 | https://us.shein.com/store/home?store_code=2205394152 |
| 57 | LDKSJFUHJ | https://us.shein.com/store/home?store_code=6766348183 |
| [redacted] | | |
| 59 | LOVE YOUR TEE | https://us.shein.com/store/home?store_code=6645788828 |
| 60 | MENGXIANGBIN | https://us.shein.com/store/home?store_code=5651832087 |
| [redacted] | | |
| 67 | Oak Harbor | https://us.shein.com/store/home?store_code=2887375269 |

| | | |
|---|---|---|
| [redacted] | | |
| 69 | OIADxx | https://us.shein.com/store/home?store_code=6500869840 |
| [redacted] | | |
| 71 | Outfit Styling Ideas | https://us.shein.com/store/home?store_code=4699348759 |
| [redacted] | | |
| 74 | PulseTRANDING | https://us.shein.com/store/home?store_code=4420285144 |
| [redacted] | | |

| | | |
|---|---|---|
| [redacted] | | |
| 95 | Teeka | https://us.shein.com/store/home?store_code=6192101035 |
| [redacted] | | |
| 101 | Tough Glow Lab | https://us.shein.com/store/home?store_code=7216098818 |
| [redacted] | | |
| 109 | Whimsical Caseshop | https://us.shein.com/store/home?store_code=1882304199 |
| [redacted] | | |
| 112 | xiaoaitongxue | https://us.shein.com/store/home?store_code=7801461751 |
| 113 | ximingshop | https://us.shein.com/store/home?store_code=2540290514 |

| | | |
|---|---|---|
| 114 | XVTYUBVND | https://us.shein.com/store/home?store_code=5489942792 |

[redacted]