**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HELLSTAR STUDIOS INC.,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

Case No.: 1:26-cv-05997-ALC

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 55, Plaintiff HELLSTAR STUDIOS INC. hereby moves the Court for Entry of Default and Default Judgment against the Defendants identified on the Amended Schedule A. In support of this Motion, Plaintiff is separately and contemporaneously filing supporting papers, including the Memorandum of Law, the Declaration of Martin Yi, the Amended Schedule A, and additional Exhibits.

Dated: October 28, 2026

Respectfully,

*/s/ Martin Yi*

Martin Yi
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
(212) 446-2300
myi@bsfllp.com

*Counsel for Plaintiff*
*HELLSTAR STUDIOS INC.*