**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HELLSTAR STUDIOS INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No.: 1:26-cv-05997-ALC |

**DECLARATION OF MARTIN YI**

I, Martin Yi, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am an attorney at law, duly admitted to practice before the United States District Court for the Southern District of New York. I represent Plaintiff HELLSTAR STUDIOS INC. ("Plaintiff") in this action.

3. On July 15, 2026, Plaintiff filed this action against the entities identified on the Amended Schedule A, attached hereto as **Exhibit 1** (the "Defaulting Defendants"), asserting, among other things, trademark infringement and false designation of origin claims against the Defaulting Defendants. A true copy of the Complaint is attached hereto as **Exhibit 2**.

4. Contemporaneous with the filing of the Complaint, Plaintiff also filed an *ex parte* application against Defaulting Defendants for entry of a temporary restraining order, among other relief (the "Application"). On July 16, 2026, the Court granted the Temporary Restraining Order ("TRO"), which gave Plaintiff permission to serve Defendants using the alternative

methods of service under Fed. R. Civ. P. 4(f)(3). Dkt. No. 16. A true copy of the TRO is attached as **Exhibit 3**. On August 12, 2026, the Court granted and entered the Preliminary Injunction Order. Dkt. No. 31 ¶ 6. A true copy of the Preliminary Injunction Order is attached as **Exhibit 4**.

5. On August 7, 2026, the Clerk of this Court issued a Summons directing defendants to serve upon Plaintiff's counsel an Answer to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Rule 12 Motion") within twenty-one (21) days after service of the Summons, and to also file its answer or Rule 12 Motion with the Court. Dkt. No. 28.

6. On August 7, 2026, pursuant to the TRO, Plaintiff served the Defaulting Defendants with the Summons, Complaint, and TRO in accordance with the methods of alternative service authorized by the Court for certain defendants as reflected on the Proof of Service filed with the Court on August 7, 2026. Dkt. No. 29. A true copy of the Proof of Service filed with this Court is attached as **Exhibit 5**.

7. As a result, Defaulting Defendants should have filed their respective Answers or Rule 12 Motions by August 28, 2026.

8. More specifically, on August 7, 2026, Plaintiff's attorney emailed the Summons, Complaint, and TRO to Defaulting Defendants via the email addresses identified during the investigations of the claims and provided by the third-party platform on which the Defaulting Defendants maintain accounts—Shein (the "Marketplace Platform"). The email also included a link to a website (http://hellstarstudiosinc-cases.com/case-26-cv-05997.html) containing all relevant documents, including the Complaint and TRO, to be accessed by the Defaulting Defendants. Attached as **Exhibit 6** hereto is a true and correct copy of the email to Defaulting Defendants. Attached as **Exhibit 7** hereto is a true and correct copy of the service website.

9. Since service of the Summons, Complaint, and TRO, Plaintiff's counsel has also corresponded with representatives of the Marketplace Platform. The Marketplace Platform has specifically identified the Defaulting Defendants' accounts (the "Defaulting Defendant Internet Stores").

10. Despite service on Defaulting Defendants via multiple methods, the Defaulting Defendants have neither served upon me or anyone else acting on Plaintiff's behalf, nor filed with the Court, an Answer, a Rule 12 Motion, or any other response to the Complaint on or before August 28, 2026.

11. Notably, certain defendants are not subject to default and are not included within the Defaulting Defendants because they have been voluntarily dismissed. These non-defaulting defendants are listed below (identified by the name and number referenced on the Schedule A to the Complaint):

| DOE No. | Seller Name | Seller URL |
|---|---|---|
| 2 | Alliteration Station | https://us.shein.com/store/home?store_code=7479752519 |
| 3 | APHOUS-STREET | https://us.shein.com/store/home?store_code=5717294014 |
| 5 | Augustre | https://us.shein.com/store/home?store_code=4828955821 |
| 7 | Beautiful tools for oneself | https://us.shein.com/store/home?store_code=8128356116 |
| 8 | Beluga | https://us.shein.com/store/home?store_code=6377387997 |
| 9 | bestseller2 | https://us.shein.com/store/home?store_code=9125477460 |
| 10 | Bingmi shop | https://us.shein.com/store/home?store_code=9026975829 |
| 12 | BLACKPULSE STUDIO | https://us.shein.com/store/home?store_code=1486303723 |
| 15 | BotanicBeat | https://us.shein.com/store/home?store_code=3494239152 |
| 16 | BOZRASHENG | https://us.shein.com/store/home?store_code=7433504981 |
| 17 | Canvas & You | https://us.shein.com/store/home?store_code=7400643924 |
| 19 | ccfxxiaodian | https://us.shein.com/store/home?store_code=5241653015 |
| 20 | Chen Dingdeng | https://us.shein.com/store/home?store_code=1612075921 |
| 21 | CHENXINFA | https://us.shein.com/store/home?store_code=5340468009 |
| 22 | chic wardrobe | https://us.shein.com/store/home?store_code=1765188873 |

| DOE No. | Seller Name | Seller URL |
|---|---|---|
| 23 | ComfyTee | https://us.shein.com/store/home?store_code=2358258507 |
| 24 | CRUCISH | https://us.shein.com/store/home?store_code=7116783466 |
| 25 | Crystal Shine Co. | https://us.shein.com/store/home?store_code=2555472114 |
| 26 | custom wardrobe | https://us.shein.com/store/home?store_code=2646360171 |
| 28 | CYPHERLOOM TRADING | https://us.shein.com/store/home?store_code=3785537732 |
| 29 | DAS156 | https://us.shein.com/store/home?store_code=5134675169 |
| 30 | DEXWEAR SHOP | https://us.shein.com/store/home?store_code=1925500238 |
| 31 | Dreamink Boutique | https://us.shein.com/store/home?store_code=9610164162 |
| 32 | DZQDP | https://us.shein.com/store/home?store_code=6456529298 |
| 34 | FDGBTRHSDFHG | https://us.shein.com/store/home?store_code=3876251639 |
| 35 | fdhbfjh | https://us.shein.com/store/home?store_code=9621449576 |
| 36 | ffg vbnjk | https://us.shein.com/store/home?store_code=3087127211 |
| 41 | GM Famous Products | https://us.shein.com/store/home?store_code=6845497670 |
| 42 | guangzhouhongjianshangmaoyouxiangongsi | https://us.shein.com/store/home?store_code=7779261347 |
| 43 | hejinhe | https://us.shein.com/store/home?store_code=1833049049 |
| 44 | HERBCHUANG | https://us.shein.com/store/home?store_code=8975913101 |
| 45 | HM clothing | https://us.shein.com/store/home?store_code=1770221662 |
| 47 | HUANGRENBOBO | https://us.shein.com/store/home?store_code=6614640467 |
| 48 | hubeishengjinkundianpu | https://us.shein.com/store/home?store_code=2983411188 |
| 49 | IconPrint Mens Basics | https://us.shein.com/store/home?store_code=5035076223 |
| 50 | JoyTops | https://us.shein.com/store/home?store_code=9837166988 |
| 51 | KDYHGVQAV | https://us.shein.com/store/home?store_code=4126687591 |

| DOE No. | Seller Name | Seller URL |
|---|---|---|
| 53 | KIEPQADCX | https://us.shein.com/store/home?store_code=7005212514 |
| 58 | LLFDP | https://us.shein.com/store/home?store_code=3160686163 |
| 61 | Mini Chic s | https://us.shein.com/store/home?store_code=4208990998 |
| 62 | Minor Sign | https://us.shein.com/store/home?store_code=7803365873 |
| 63 | MZ ZONE | https://us.shein.com/store/home?store_code=4215407955 |
| 64 | NEUROPLANAR | https://us.shein.com/store/home?store_code=1730933862 |
| 65 | Nex TRADINGG | https://us.shein.com/store/home?store_code=4999657458 |
| 66 | Northvale Market | https://us.shein.com/store/home?store_code=4685646445 |
| 68 | OCEANIC ECOMMERCE CENTER | https://us.shein.com/store/home?store_code=1327153938 |
| 70 | OM Studio | https://us.shein.com/store/home?store_code=8852445138 |
| 72 | Pe Theater | https://us.shein.com/store/home?store_code=7335223803 |
| 73 | Professional T shirts | https://us.shein.com/store/home?store_code=7860091207 |
| 75 | Punk Brothers | https://us.shein.com/store/home?store_code=9498682875 |
| 76 | qifjfhfnh | https://us.shein.com/store/home?store_code=3312541213 |
| 77 | Qingyong shop | https://us.shein.com/store/home?store_code=9350951979 |
| 78 | Radiant Style | https://us.shein.com/store/home?store_code=6547309678 |
| 79 | rhagcharacterose | https://us.shein.com/store/home?store_code=4382501692 |
| 80 | Rivington 96 | https://us.shein.com/store/home?store_code=5822583502 |
| 81 | Route 1 Wash Tees | https://us.shein.com/store/home?store_code=3541730764 |
| 82 | rtyurturturt | https://us.shein.com/store/home?store_code=1863361123 |
| 83 | Sarcastic Fringehead | https://us.shein.com/store/home?store_code=4470670111 |
| 84 | sdfv vgbh | https://us.shein.com/store/home?store_code=7781927065 |

| DOE No. | Seller Name | Seller URL |
|---|---|---|
| 85 | Sea Butterfly | https://us.shein.com/store/home?store_code=1485948656 |
| 86 | Shabana Mumtaz | https://us.shein.com/store/home?store_code=5464945058 |
| 87 | Shirts | https://us.shein.com/store/home?store_code=5906527923 |
| 88 | SMARTWEN LIVING | https://us.shein.com/store/home?store_code=5244481720 |
| 89 | SNOWCASHMERE | https://us.shein.com/store/home?store_code=3849450303 |
| 90 | StrataLux | https://us.shein.com/store/home?store_code=8481530882 |
| 91 | Strong man's wardrobe | https://us.shein.com/store/home?store_code=6596346693 |
| 92 | Sunday Press | https://us.shein.com/store/home?store_code=8365349946 |
| 93 | Synonym Roll | https://us.shein.com/store/home?store_code=3010126118 |
| 94 | TDGHFXFDS | https://us.shein.com/store/home?store_code=3312839305 |
| 96 | The world of flowers | https://us.shein.com/store/home?store_code=8836039284 |
| 97 | THREADUP | https://us.shein.com/store/home?store_code=7510671646 |
| 98 | ThunderBird0.321 | https://us.shein.com/store/home?store_code=5872682190 |
| 99 | Timeless Ease Wear | https://us.shein.com/store/home?store_code=2914978993 |
| 100 | Tonzeyle | https://us.shein.com/store/home?store_code=3598276750 |
| 102 | TRNDHUB | https://us.shein.com/store/home?store_code=1424671883 |
| 103 | UhMWNJ3HHknxXsN | https://us.shein.com/store/home?store_code=7696093629 |
| 104 | uohu | https://us.shein.com/store/home?store_code=7476901677 |
| 105 | Urban Edge Tees | https://us.shein.com/store/home?store_code=4130170778 |
| 106 | UTRHKKLUY | https://us.shein.com/store/home?store_code=5678620180 |
| 107 | VibrantTees | https://us.shein.com/store/home?store_code=5605120822 |
| 108 | Vividchic Shop | https://us.shein.com/store/home?store_code=9155051487 |

| DOE No. | Seller Name | Seller URL |
|---|---|---|
| 110 | WORLD TRADE SPOTLIGH | https://us.shein.com/store/home?store_code=3469196359 |
| 111 | XDCFVBGV | https://us.shein.com/store/home?store_code=3103844264 |
| 115 | XZXD CV VBB | https://us.shein.com/store/home?store_code=7250485074 |
| 116 | You are dazzling | https://us.shein.com/store/home?store_code=8944890044 |
| 117 | Yuega Tshrit | https://us.shein.com/store/home?store_code=5009348115 |
| 118 | Z14514 | https://us.shein.com/store/home?store_code=3174693249 |
| 119 | ZHI XIANG STOY | https://us.shein.com/store/home?store_code=2799137885 |
| 120 | zhijiangzijianwangluokejidianpu | https://us.shein.com/store/home?store_code=1836615561 |
| 121 | zsddfzsddfv | https://us.shein.com/store/home?store_code=8075895534 |

12. We have investigated the infringing activities of the Defaulting Defendants. Our investigation confirmed that no location data exists for the Defaulting Defendants. Per our investigation, I am informed and believe that the Defaulting Defendants are not infants, in the military, and/or incompetent individuals.

13. Since the Defaulting Defendants have failed to Answer or otherwise appear in this action, and the time for Defaulting Defendants to Answer or otherwise appear in this action has expired, Defaulting Defendants are in default.

14. Default Judgment is appropriate against the Defaulting Defendants, who are each individually responsible and liable for the infringing activities that have occurred in this action. Indeed, each Defaulting Defendant is subject to statutory damages, as more particularly described in the Memorandum of Law, submitted herewith.

15. None of the relief sought against each Defaulting Defendant requires adjudication of any other person or entity's rights or obligations.

16. On October 21, 2026, the Clerk of the Court filed a Clerk's Certificate of Default in this matter, a copy of which is attached as **Exhibit 8**.

17. Thus, Plaintiff respectfully requests that the Court enter Final Judgment of Default, in the form submitted herewith, against the Defaulting Defendants.

18. The legal bases for entry of Final Judgment of Default, including the basis for subject matter jurisdiction and damages are further set forth in the Memorandum of Law submitted herewith, which is incorporated herein by reference.

19. Attached as **Exhibit 9** hereto are true and correct copies of the default judgment orders referred to in Plaintiff's Memorandum of Law – *Life Vac LLC v. The Individuals, Corps., Ltd. Liab. Cos., P'ships, and Unincorporated Ass'ns Identified on Schedule A hereto*, No. 23-cv-02013 (ALC) (S.D.N.Y. Apr. 3, 2024) (default judgment in counterfeiting case awarding statutory damages from each Defaulting Defendant), Dkt. No. 92; *KAWS, Inc. v. The Individuals, Corps., Ltd. Liab. Cos., P'ships, and Unincorporated Ass'ns Identified on Schedule A hereto*, No. 26-cv-03010 (DLC) (S.D.N.Y. July 17, 2026), Dkt. No. 46.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 28, 2026, in New York, New York.

*/s/ Martin Yi*
Martin Yi