# Exhibit 6

| | |
|---|---|
| **From:** | Martin Yi |
| **To:** | Martin Yi |
| **Cc:** | Katie Kavanaugh; Christopher Tom; Genesis Shin; Kae Moat |
| **Bcc:** | "huangrong202508@163.com"; "b1215870573@163.com"; "zhuxiankuishein@outlook.com"; "zhuxiankuishein@outlook.com"; "r18hv5@163.com"; "SarahDickerson6575@outlook.com"; "Calascione91205@outlook.com"; "smippnz@163.com"; "Mcint83256@outlook.com"; "adayan202508@163.com"; "wanchujie092@jianguo.fun"; "Dikes720462@outlook.com"; "mingmeia4@163.com"; "carriez880@outlook.com"; "lvfk722@outlook.com"; "shein0117@ying-na.com"; "ruansanheiwu@163.com"; "tamgmi168@163.com"; "wanchujie093@jianguo.fun"; "gcjfzufwa@mailxw.com"; "ahh26a3g89whehr@zxczu.com"; "wangsong258758@163.com"; "ccshien07@ying-na.com"; "dehuiyuan2024@163.com"; "adhcaphrwk3294@hotmail.com"; "ukj9mh@163.com"; "zd7hjz@163.com"; "h13723723819@outlook.com"; "Paterson405278@outlook.com"; "wanchujie019@jianguo.fun"; "daskjhuy@163.com"; "dzq524513@outlook.com"; "gwfi3968@outlook.com"; "ajaj668866@163.com"; "wwtw286@gmail.com"; "linbei1302@gmail.com"; "jdff465@zh9527.com"; "ixrfdzuaxt@mailtb.com"; "linbei1302@gmail.com"; "abcde601740280@outlook.com"; "lqh2025c@163.com"; "linbei1302@gmail.com"; "linbei1302@gmail.com"; "binbinhu303@gmail.com"; "hhm2025z@163.com"; "greener.diciest.01@icloud.com"; "wanchujie021@jianguo.fun"; "linbei1302@gmail.com"; "zbke806490@outlook.com"; "wanchujie077@jianguo.fun"; "wanchujie059@jianguo.fun"; "CassHollberg936@hotmail.com"; "FDSJBHNJKE565w@163.com"; "wanchujie077@jianguo.fun"; "fengzhih2025@163.com"; "ruansanheiwu@163.com"; "WENwenLL1012@outlook.com"; "llf8457125@outlook.com"; "sollylin1988@163.com"; "fleming8729@outlook.com"; "Odette_Larardc@outlook.com"; "JosephTurnerJT1990@hotmail.com"; "lmz2025ccc@163.com"; "mswu358085@outlook.com"; "wanchujie085@jianguo.fun"; "jfif3821@outlook.com"; "wjh466412639@163.com"; "shein0113@ying-na.com"; "psskdua@163.com"; "wwzc4403@gmail.com"; "yuedu514814@163.com"; "siyxqgh6433@hotmail.com"; "houffbeizaqb@outlook.com"; "wanchujie086@jianguo.fun"; "wzz3299@163.com"; "houffbeizaqb@outlook.com"; "ruansanheiwu@163.com"; "DomingoOsip7597@outlook.com"; "wanchujie060@jianguo.fun"; "xia814540@gmail.com"; "abcxy9@yeah.net"; "rangchoutej38@163.com"; "Y19068027447@163.com"; "linbei1302@gmail.com"; "linbei1302@gmail.com"; "bumuba72@163.com"; "xmyigengTemu20@outlook.com"; "Wz1111122221@outlook.com"; "mfhy001450@outlook.com"; "fan329225@163.com"; "olidu1996@163.com"; "Ekundayo6063@outlook.com"; "b1215870573@163.com"; "DPYX@saupox.com"; "Berrytfk@hotmail.com"; "shein0116@ying-na.com"; "tk-meimei@outlook.com"; "DPYX@saupox.com"; "chaobucud7@163.com"; "mingmeia4@163.com"; "ojwkhgxvcn020@hotmail.com"; "xiaoliang200011@gmail.com"; "wtp83514@163.com"; "uohuctjl@mailxw.com"; "ruansanheiwu@163.com"; "IrinaVillatora0682@hotmail.com"; "wanchujie070@jianguo.fun"; "qzhq5263613@outlook.com"; "ligeny5257@163.com"; "Sing4618@hotmail.com"; "linbei1302@gmail.com"; "ysonPittmantmd@outlook.com"; "mqsumkm2865411@163.com"; "zhenghs6329@163.com"; "DPYX@saupox.com"; "ja9491pyvs142@163.com"; "zhumeng1234562023@163.com"; "Robertson78201@outlook.com"; "ccshein06@ying-na.com"; "eclairs.lashes.1p@icloud.com"; "JaylaSorin4446@hotmail.com" |
| **Subject:** | SERVICE OF COURT DOCUMENTS – HELLSTAR STUDIOS INC. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A (26-cv-05997-ALC) |
| **Date:** | Friday, August 7, 2026 2:09:53 PM |
| **Attachments:** | 2026-07-15 [00001-000] COMPLAINT against The Individuals, Corporations, Limited.pdf<br>2026-07-16 [00020-000] ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY.pdf<br>2026-07-20 [00023-000] ORDER granting [21] Letter Motion to Continue. The Court.pdf<br>2026-08-07 [00028-000] ELECTRONIC SUMMONS ISSUED as to The Individuals,.pdf |

**Case No. 1:26-cv-05997-ALC (SDNY) – HELLSTAR STUDIOS INC. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint**

Dear Sir/Madam,

Please take notice that you have been identified as a defendant operating one or more of the Defendant Internet Stores listed in Schedule A to the Complaint filed by Plaintiff HELLSTAR STUDIOS INC. in Case No. 1:26-cv-05997-ALC (S.D.N.Y.). Plaintiff has charged Defendants with violations of United States federal laws prohibiting trademark infringement and related claims. Please also take notice that the Court has entered a Temporary Restraining Order ("TRO") in the above-mentioned case. Copies of the Plaintiff's Complaint, Summons, and the Court's orders granting and extending the TRO are attached.

Any answer or other response to the Complaint should be served upon counsel within twenty-one (21) days from receipt of this email, exclusive of the day of service, and filed with the Clerk of the Court, United States District Court for the Southern District of New York. Defendants are advised to seek legal counsel if they have not already done so.

Please be advised that the Court has scheduled a hearing on August 12, 2026, at 12:00 p.m. via telephone at 1-855- 244-8681 (access code: 2305 3700 226#) regarding Plaintiff's request for issuance of a preliminary injunction.

The Court has further ordered that any objections to Plaintiff's request should be filed and served on or before August 10, 2026.

These and other legal documents may be obtained from Plaintiff's attorneys Katie Kavanaugh (kkavanaugh@bsfllp.com), Christopher Tom (ctom@bsfllp.com), and Martin Yi (myi@bsfllp.com), and on the following website: http://hellstarstudiosinc-cases.com/case-26-cv-05997.html.

Thank you,

**Martin Yi**
Staff Attorney
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) +1 212-446-2392
myi@bsfllp.com
www.bsfllp.com