# Exhibit 7




**NOTICE TO DEFENDANTS**

## Case No: 1: 26-cv-05997-ALC: Hellstar Studios Inc. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, And Unincorporated Associations Identified On Schedule A.

The defendants operating the Defendant Internet Stores listed in Schedule A to the Complaint are hereby advised: Plaintiff has charged Defendants with violations of United States federal laws prohibiting trademark infringement. A copy of the Complaint and other legal documents may be obtained from Plaintiff's attorneys, **Katie Kavanaugh (kkavanaugh@bsfllp.com), Christopher Tom (CTom@bsfllp.com), and Martin Yi (myi@BSFLLP.COM).**

Any answer or other response to the Complaint should be filed with the Clerk of the Court, United States District Court for the Southern District of New York within twenty-one (21) days from when the Complaint is received by you.

Defendants are advised to seek legal counsel.

**Documents for Download**

Complaint (View | Download PDF)
Plaintiffs' Memorandum of Law in support of Order to Show Cause (View | Download PDF)
Declaration of M. Yi in support of Proposed Order to Show Cause (View | Download PDF)
Declaration of Y. Hou in support of Proposed Order to Show Cause (View | Download PDF)
Declaration of S. Santoro in support of Proposed Order to Show Cause (View | Download PDF)
Order Court to Conduct Telephone Hearing on 07-29-2026 re Preliminary Injunction (View | Download PDF)
Order to Show Cause for Preliminary Injunction and Temporary Restraining Order, entered July 16, 2026 (View | Download PDF)
Order, adjourning the hearing to August 12, 2026 (View | Download PDF)
PRELIMINARY INJUNCTION ORDER (View | Download PDF)
PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by (View | Download PDF)
DECLARATION of Martin Yi in Support re [52] Proposed (View | Download PDF)
CLERK'S CERTIFICATE OF DEFAULT (View | Download PDF)

Copyright © 2026 | All Rights Reserved