# Exhibit 9

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: 4/3/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LIFE VAC LLC,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE A HERETO,**<br><br>**Defendants.** | **23-cv-02013 (ALC)**<br><br>**ORDER** |

**Andrew L. Carter, Jr., United States District Judge:**

On March 11, 2024, this Court granted Plaintiff's default judgment against all Defendants as to liability. ECF No. 88. Defendants were ordered to show cause why the Court pursuant to Fed. Rs. Civ. P. 55 should not grant Plaintiff's requested statutory damages judgment. ECF No. 89. Defendants did not file a response.

Upon the Memorandum of Law in Support of the Motion for Default Judgment, ECF No. 80, as well as the Summons and Complaint previously filed in this action, and Affidavits of Service thereof, Plaintiffs' default judgment as to damages is hereby **GRANTED**.

**SO ORDERED.**

**Dated: April 3, 2024**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KAWS INC. and KAWS STUDIO L.P.,

Plaintiffs,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

Case No. 1:26-cv-03010-DLC

## ~~PROPOSED~~ DEFAULT JUDGMENT

THIS CASE having been commenced by KAWS INC. and KAWS STUDIO L.P. ("Plaintiffs") against the Defendants identified on the Amended Schedule A (collectively, the "Defaulting Defendants") and using at least the seller identities identified in the Amended Schedule A (the "Defaulting Defendant Internet Stores"), and Plaintiffs having moved for entry of Default and Default Judgment against the Defaulting Defendants;

Plaintiffs having properly completed service of process on Defaulting Defendants pursuant to the methods authorized in the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order, Dkt. No. 20, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from marketplace platforms and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT FURTHER FINDS that it has personal jurisdiction over the Defaulting Defendants because the Defaulting Defendants directly target their business activities toward consumers in the United States, including New York, offering to sell and ship products into this Judicial District. Specifically, Defaulting Defendants are reaching out to do business with New York residents by operating one or more commercial, interactive Defendant Internet Stores through which New York residents can purchase products bearing counterfeit versions of products utilizing Plaintiffs' copyrights, which are covered by U.S. Copyright Office Registration Nos. VA 2-180-272 and VA 2-182-652 (the "KAWS Copyrights"); and Plaintiffs' trademarks, which are covered by U.S. Trademark Registration Nos. 6,046,763; 6,047,656; 6,102,259; 6,116,823; 6,852,850; 6,102,260; and 6,997,015 (the "KAWS Trademarks");

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for copyright infringement (17 U.S.C. § 101 *et seq.*); willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114 *et seq.*), false designation of origin (15 U.S.C. § 1125(a) *et seq.*), and/or violation of unfair competition under New York common law;

IT IS HEREBY ORDERED that Plaintiffs' Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Default Judgment is entered against Defaulting Defendants.

Accordingly, this Court ORDERS that

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from

a. using Plaintiffs' KAWS Copyrights, KAWS Trademarks, or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, and/or sale of any product that is not a genuine KAWS product or not authorized by Plaintiffs to be sold in connection with Plaintiffs' KAWS Copyrights and/or KAWS Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine KAWS product or any other product produced by Plaintiffs, that is not Plaintiffs' or not produced under the authorization, control, or supervision of Plaintiffs and approved by Plaintiffs for sale under Plaintiffs' KAWS Copyrights and/or KAWS Trademarks;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiffs, or are sponsored by, approved by, or otherwise connected with Plaintiffs;

d. further infringing Plaintiffs' KAWS Copyrights and/or KAWS Trademarks and damaging Plaintiffs' goodwill;

e. otherwise competing unfairly with Plaintiffs in any manner;

f. shipping, delivering, holding for sale, transferring, and/or otherwise moving, storing, distributing, returning, and/or otherwise disposing of, in any manner, products or inventory not manufactured by or for

Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear any of Plaintiffs' KAWS Copyrights and/or the KAWS Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof;

2. Amazon.com, Inc. ("Amazon") and any related companies and affiliates shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defaulting Defendant Internet Stores identified in the Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

3. eBay.com ("eBay") and any related companies and affiliates shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defaulting Defendant Internet Stores identified in the Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

4. Etsy, Inc. ("Etsy") and any related companies and affiliates shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defaulting Defendant Internet Stores identified in the Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

5. Payoneer, Inc. ("Payoneer") and any related companies and affiliates shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defaulting Defendant Internet Stores identified in the Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

6. PayPal, Inc. ("PayPal") and any related companies and affiliates shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defaulting Defendant Internet Stores identified in the Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

7. Shein, Inc. ("Shein") and any related companies and affiliates shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defaulting Defendant Internet Stores identified in the Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

8. Walmart Inc. ("Walmart") and any related companies and affiliates shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defaulting Defendant Internet Stores identified in the Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

9. Pursuant to 17 U.S.C. § 504 and 15 U.S.C. § 1117, Plaintiffs are awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000.00), as detailed in the attached Amended Schedule A.

10. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Amazon, eBay, Etsy, Payoneer, PayPal, Shein, and Walmart are hereby released to Plaintiffs as partial payment of the above-identified damages, and these platforms are ordered to release to Plaintiffs the amounts from Defaulting Defendants' accounts within ten (10) business days of receipt of this Order.

11. In the event that Plaintiffs identify any additional online marketplace accounts from any marketplace platform or financial accounts at any banks, savings and loan associations, or

other financial institution owned by Defaulting Defendants, Plaintiffs may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified by Plaintiffs and any e-mail addresses provided for Defaulting Defendants by third parties. Plaintiffs shall have ongoing authority to serve this order on Amazon, eBay, Etsy, Payoneer, PayPal, Shein and Walmart to satisfy payment owed by the Defaulting Defendants under their existing accounts or any new accounts identified. Upon receipt of this Order, the platforms shall within ten (10) business days restrain all future monies in the financial accounts of Defaulting Defendants and shall release these monies to Plaintiffs until full satisfaction of this Order.

12. Plaintiffs may serve this Order on third party providers, including Amazon, eBay, Etsy, Payoneer, PayPal, Shein, and Walmart by e-mail delivery to the e-mail addresses Plaintiffs used to serve the Temporary Restraining Order on third party providers.

13. The five-thousand-dollar ($5,000) bond posted by Plaintiffs, including any interest minus the registry fee, is hereby released to Plaintiffs or their counsel. The Clerk of the Court is directed to return the bond previously deposited with the Clerk of the Court to Plaintiffs or their counsel.

Dated: July 17, 2026

Denise Cote

Honorable Denise L. Cote
United States District Judge

## AMENDED SCHEDULE A TO COMPLAINT

| No. | Seller name | Seller URL |
|---|---|---|
| 1 | geneetic decor | https://www.amazon.com/sp?seller=A1L6JBTEOTXZ8G |
| 2 | lefengkang | https://www.amazon.com/sp?seller=A2C008UET9KA6D |
| [redacted] | | |
| 4 | wuhanshixisipeishangmaoyouxiangongsi | https://www.amazon.com/sp?seller=A2DJHPPM57QZ1E |
| 5 | ildio_64 | https://www.ebay.com/usr/ildio_64 |
| 6 | lc_neon_sign_art | https://www.ebay.com/str/lcneonsignart |
| 7 | NeonCrafthut (neoncrafthut) | https://www.ebay.com/str/neoncrafthut |
| 8 | nice-girl (nicegril) | https://www.ebay.com/str/nicegril |
| 9 | premehype_store | https://www.ebay.com/usr/premehype_store |
| [redacted] | | |
| 11 | Raha Rugs 1 (raha_rugs) | https://www.ebay.com/str/raharugs1 |
| [redacted] | | |
| 13 | The Taj Rugs (mustafataj) | https://www.ebay.com/str/thetajrugs |
| 14 | Top1caritems (avish70) | https://www.ebay.com/str/top1caritems |
| 15 | ellunor | https://www.etsy.com/shop/ellunor |
| 16 | WonderBeam | https://www.etsy.com/shop/WonderBeam |
| 17 | 5TH | https://us.shein.com/store/home?store_code=9542700410 |
| 18 | Anime Model LLC | https://us.shein.com/store/home?store_code=6021824568 |
| 19 | Anime Model LLC Marketplace | https://us.shein.com/store/home?store_code=6021824568 |
| [redacted] | | |

| | | |
|---|---|---|
| [redacted] | | |
| 23 | AZDFG | https://us.shein.com/store/home?store_code=9508619710 |
| [redacted] | | |
| 25 | dgdsbvxc | https://us.shein.com/store/home?store_code=6647280510 |
| 26 | fsafj | https://us.shein.com/store/home?store_code=8114478153 |
| 27 | fujioeg | https://us.shein.com/store/home?store_code=4218154945 |
| [redacted] | | |
| 29 | guangzhouguangjun | https://us.shein.com/store/home?store_code=5818426692 |
| 30 | hebishishengliudianpu | https://us.shein.com/store/home?store_code=8225110846 |
| 31 | hfhoiuljbm | https://us.shein.com/store/home?store_code=8128628136 |
| 32 | Jacdix | https://us.shein.com/store/home?store_code=8632427143 |
| 33 | LED NEON SIGN | https://us.shein.com/store/home?store_code=4280929416 |
| 34 | liangliangma | https://us.shein.com/store/home?store_code=5517497353 |
| [redacted] | | |
| 36 | LuckyRiV | https://us.shein.com/store/home?store_code=2612745741 |
| 37 | MaryellenSordahl | https://us.shein.com/store/home?store_code=8722754269 |
| [redacted] | | |
| 39 | qcdxe | https://us.shein.com/store/home?store_code=8461466761 |

| | | |
|---|---|---|
| 40 | REDSUNSHOP | https://us.shein.com/store/home?store_code=8883255485 |
| 41 | RJU-TOYS | https://us.shein.com/store/home?store_code=8609708836 |
| 42 | SDD CGVBHNJ | https://us.shein.com/store/home?store_code=7327237431 |
| 43 | sjgfdfsgs | https://us.shein.com/store/home?store_code=5030611537 |
| 44 | SSDF VGHJI | https://us.shein.com/store/home?store_code=5231238645 |
| 45 | SXDFGVBHJH | https://us.shein.com/store/home?store_code=5650465863 |
| [redacted] | | |
| 47 | xiaotao111 | https://us.shein.com/store/home?store_code=6909041728 |
| [redacted] | | |
| 49 | XPPen Store | https://us.shein.com/store/home?store_code=4351183325 |
| 50 | XXD SHOES | https://us.shein.com/store/home?store_code=3882965902 |
| 51 | zhangweizhangdedianpu | https://us.shein.com/store/home?store_code=9966494226 |
| 52 | zhaohaichundedian | https://us.shein.com/store/home?store_code=8349186241 |
| 53 | zouhepingdedianpu | https://us.shein.com/store/home?store_code=6639081426 |
| 54 | Artdesigna | https://www.walmart.com/reviews/seller/102500274 |