**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HELLSTAR STUDIOS INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No. 1:26-cv-05997-ALC<br><br>**CERTIFICATE OF SERVICE** |

I, Martin Yi, hereby declare:

I am over the age of eighteen years. My business address is Boies Schiller Flexner LLP, 55 Hudson Yards, New York NY 10001. On October 29, 2026, I caused to be served the below listed documents in the manner indicated:

| | |
|---|---|
| October 29, 2026 | I caused an email to be sent, attaching a copy of the Proposed Order to Show Cause Why Default Judgment and Permanent Injunction Should Not Be Entered Against Defaulting Defendants (Dkt. No. 56), Plaintiff's Motion for Entry of Default and Default Judgment (Dkt. No. 57), and supporting papers (Dkt. Nos. 58-59) to the email addresses provided to Plaintiff by third parties for Defendants identified in the Amended Schedule A to the complaint, pursuant to the service method permitted in the Order to Show Cause entered on July 16, 2026 (Dkt. No. 20), including |

| | |
|---|---|
| | a link to a website where the aforementioned documents can be downloaded. |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in New York, New York, on October 29, 2026.

Respectfully,

<u>*/s/ Martin Yi*</u>

Martin Yi
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
(212) 446-2300
myi@bsfllp.com

*Counsel for Plaintiff*
*HELLSTAR STUDIOS INC.*