**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **HELLSTAR STUDIOS INC.,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERHSIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,**<br><br>**Defendants.** | : | **1:26-cv-5997-ALC**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On October 28, 2026, Plaintiff filed a Motion for Entry of Default and Default Judgment against Defendants identified in Amended Schedule A ("Schedule A Defendants"), attached as Exhibit 1 to the Declaration of Martin Yi, at ECF No. 58. *See* ECF No. 57.

Accordingly, it is hereby **ORDERED** that the Schedule A Defendants **SHOW CAUSE** as to why a default judgment for failure to move or otherwise answer the Complaint should not be entered pursuant to Rule 55 of the Federal Rules of Civil Procedure. Such showing shall be made in writing by affidavit and memorandum of law filed on or before **Friday, November 20, 2026**. Any failure by Schedule A Defendants to make this showing will result in entry of default judgment.

Plaintiff is directed to serve a copy of this Order to Show Cause and the papers upon which it is based upon the Defendants on or before **November 13, 2026, at 5 pm.** Plaintiff is directed to file proof of such service by affidavit or other similar such instrument before the return date of this Order to Show Cause.

**SO ORDERED.**

**Dated: November 12, 2026**

**New York, NY**

**ANDREW L. CARTER, JR.**
**United States District Judge**