**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HELLSTAR STUDIOS INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No. 1:26-cv-05997-ALC<br><br>**CERTIFICATE OF SERVICE** |

I, Martin Yi, hereby declare:

I am over the age of eighteen years. My business address is Boies Schiller Flexner LLP, 55 Hudson Yards, New York NY 10001. On November 13, 2026, I caused to be served the below listed documents in the manner indicated:

| | |
|---|---|
| November 13, 2026 | I caused an email to be sent, attaching a copy of the Court's November 12, 2026 Order to Show Cause (Dkt. No. 62) and the papers upon which it was based (Dkt. Nos. 56-60) to the email addresses provided to Plaintiff by third parties for Defendants identified in the Amended Schedule A to the complaint, pursuant to the service method permitted in the Order to Show Cause entered on July 16, 2026 (Dkt. No. 20), including a link to a website where the aforementioned documents can be downloaded. |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in New York, New York, on November 13, 2026.

Respectfully,

*/s/ Martin Yi*

Martin Yi
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
(212) 446-2300
myi@bsfllp.com

*Counsel for Plaintiff*
*HELLSTAR STUDIOS INC.*