MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ___________________
DATE FILED: November 16, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELLSTAR STUDIOS INC.,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

Case No. 1:26-cv-05997-ALC

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANT**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Hellstar Studios Inc. voluntarily dismisses the following Defendant listed on the Schedule A to the Complaint without prejudice:

| DOE No. | Seller Name | Seller URL |
|---|---|---|
| 114 | XVTYUBVND | https://us.shein.com/store/home?store_code=5489942792 |

Dated: November 13, 2026

Respectfully submitted,

*/s/ Martin Yi*
Martin Yi
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
(212) 446-2300
myi@bsfllp.com

*Counsel for Plaintiff HELLSTAR STUDIOS INC.*

SO ORDERED:

November 16, 2026

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE